UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
Three World Financial Center
New York, NY 10281

DIVISION OF
ENFORCEMENT

DAVID STOELTING
Senior Trial Counsel
(212) 336-0174 (direct)
(212) 336-1324 (fax)

July 28, 2006

**BY HAND**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
United States Courthouse, Room 1340
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7-31-06

Re: **SEC v. Saad, et al., 05 Civ. 3308 (JSR)**

Dear Judge Rakoff:

- First, I enclose for Your Honor's approval the following original documents:
  (1) a proposed Final Consent Judgment as to Defendant Anuradha D. Saad; and
  (2) a proposed Final Consent Judgment as to Defendant Richard P. Adelson.

Approved

Second, with regard to the outstanding issues concerning monetary relief set forth in the Partial Final Consent Judgments entered in 2005 as to defendants David Cammarata, Peter Torres, Karin Gardner and Kenneth Jugan, the Commission hereby voluntarily withdraws with prejudice its request in the Complaint for disgorgement, prejudgment interest and civil penalties in view of the criminal judgments and $50 million joint-and-several restitution orders entered in connection with these defendants' guilty pleas in the parallel criminal action.

If the Court has any questions, I can be reached at 212-336-0174.

Respectfully submitted,

David Stoelting

David Stoelting

cc (by FedEx w/attachments):
Mark S. Arisohn
Peter A. Chavkin
Joseph DiBlasi
Maria Galeno
Michael Sileo
Martin Siegel

SO ORDERED
Jed S. Rakoff
USDJ
7-28-06