```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                Plaintiff,               :     05 Civ. 3308 (JSR)
                                         :
       -v-                               :     ORDER
                                         :
ANURADHA D. SAAD, RICHARD P. ADELSON,    :
DAVID J. CAMMARATA, PETER TORRES,        :
ROBERT MCKIE, KARIN GARDNER, and         :
KENNETH JUGAN,                           :
                                         :
                Defendants.              :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

This order confirms that the Securities and Exchange Commission has withdrawn with prejudice all remaining claims against defendants David J. Cammarata, Peter Torres, Robert McKie, Karin Gardner, and Kenneth Jugan. See Court document number 70. Accordingly, the above-captioned matter should be terminated as against all the remaining defendants, and the Clerk of the Court is directed to close this case.

                                                     _____
                                                     JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 1, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-2-06
```