UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

ANURADHA D. SAAD, RICHARD P. ADELSON, DAVID J. CAMMARATA, PETER TORRES, ROBERT MCKIE, KARIN GARDNER, and KENNETH JUGAN,

Defendants.

05 CV 3308 (JSR)

## SATISFACTION OF JUDGMENT

WHEREAS, a Final Consent Judgment As To Defendant Anuradha D. Saad ("Final Judgment") was entered in the above action on July 31, 2006, in favor of plaintiff Securities and Exchange Commission and against defendant Anuradha D. Saad in the amount of $2,055,047 along with a civil penalty of $150,000, and said monetary obligations pursuant to the Final Judgment having been fully paid;

THEREFORE, full and complete satisfaction of said monetary obligations of the Final Judgment is hereby acknowledged.

Dated: February 4, 2008
New York, New York

SECURITIES AND EXCHANGE COMMISSION

David Stoelting (DS-0565)
New York Regional Office
3 World Financial Center – Suite 400
New York, NY 10281-1022
(212) 336-0174