UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COURTESY COPY

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

ANURADHA D. SAAD, RICHARD P. ADELSON, DAVID J. CAMMARATA, PETER TORRES, ROBERT MCKIE, KARIN GARDNER, and KENNETH JUGAN,

Defendants.

05 CV 3308 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 2-16-10

**ORDER TO DISBURSE FUNDS TO PAY**
**FEES OF TAX ADMINISTRATOR**

**WHEREAS** on March 29, 2005, this Court entered a Final Consent Judgment which, among other things, ordered defendant Robert McKie ("McKie") to disgorge $100,000, plus prejudgment interest of $11,369.75, and to pay a civil penalty in the amount of $150,000;

**WHEREAS**, in satisfaction of McKie's Final Consent Judgment, McKie paid a total of $262,458.90, which pursuant to Orders of this Court was deposited in an interest bearing account with the Court Registry Investment System ("CRIS"), account number 604700, under the case name designation "*SEC v. Saad*";

**WHEREAS** on July 31, 2006, this Court entered a Final Consent Judgment which, among other things, ordered defendant Anuradha D. Saad ("Saad") to disgorge $1,600,537, plus prejudgment interest of $304,510, and to pay a civil penalty in the amount of $150,000;

**WHEREAS**, in satisfaction of Saad's Final Consent Judgment, Saad paid a total of $2,130,487.30, which pursuant to Orders of this Court was deposited in an interest bearing

account with the CRIS, account number 604700, under the case name designation "*SEC v. Saad*";

**WHEREAS** a total of $2,392,946.20 (hereinafter referred to as the "Distribution Fund") has, as of the date of this Order, been deposited in the CRIS;

**WHEREAS**, on August 28, 2007, this Court entered an Order Appointing Tax Administrator which ordered, among other things, that Damasco & Associates, LLP ("Damasco"), a certified public accounting firm located in Half Moon Bay, California, be appointed as tax administrator to execute all income tax reporting requirements of the Distribution Fund, including the preparation and filing of tax returns, with respect to the funds contained in the CRIS;

**WHEREAS,** having prepared and filed the Distribution Fund's tax returns pursuant to the August 28, 2007 Order, Damasco has submitted the Declaration of Jude P. Damasco in Support of Fee Request seeking $2,474.22;

**NOW THEREFORE:**

**I.**

**IT IS ORDERED** that the Clerk of the Court shall issue a check on CRIS account number 604700, under the case name designation "*SEC v. Saad,*" for the amount of $2,474.22 payable to "Damasco & Associates" for the payment of fees and expenses of Damasco. The check shall contain the notation "*SEC v. Saad, et al.,* 05 CV 3308 (JSR): Preparation and Filing of 2009 Tax Returns."

**II.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send the checks referred to in Paragraph I above, by overnight mail to Damasco & Associates, LLP, 700 Monte Vista Lane, Half Moon Bay, California 94019. The Commission's counsel in this action shall provide the Clerk with the necessary overnight shipping information and the SEC's billing number.

**SO ORDERED:**

Dated: 2/15/, 2010

UNITED STATES DISTRICT JUDGE

**DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST**

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Saad et al Distribution Fund in the Order Appointing Tax Administrator, Case No. 1:05-cv-03308-JSR, filed on August 27, 2007.

3. Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our invoice for preparation and filing of the 2009 qualified settlement fund tax return and related tax compliance services for the SEC v Saad et al Distribution Fund.

4. Please remit payment in the amount of $2,474.22 via wire transfer or check according to the instructions listed on the attached invoice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2009 in Half Moon Bay, California.

Jude P. Damasco

F:\Settlement Funds\SEC Agency Cases\SEC v Saad\2009\JPD Dec 2009 Invoice.doc

# Damasco & Associates LLP

***700 Monte Vista Lane***
***Half Moon Bay, CA 94019***
***650-726-4100***
***FEIN 20-3042202***

*James Hanson*
*SEC v Saad et al Distribution Fund*
*U.S. Securities & Exchange Commission*
*3 World Financial Center, Suite 400*
*New York, NY 10281-1022*

*CATS: NY-7207 Case Number: 1:05-cv-03308-JSR*

| | |
|---|---|
| *Invoice No.* | *22976* |
| *Date* | *Wednesday, January 20, 2010* |
| *Client No.* | *008069* |

---

| **SERVICE** | | **AMOUNT** |
|---|---|---|
| Professional services for the period February 16, 2009 through January 19, 2010: | | |
| Preparation and Filing of 2009 US Qualified Settlement Fund Tax Return. | $ | 1,675.00 |
| Federal Express and court document retrieval | | 23.22 |
| Distribution related tax services:<br>Review and respond to various issues pertaining to distribution reporting issues for post and pre judgement interest. | | 776.00 |
| Current Amount Due | | 2,474.22 |
| Past Due Balance | | 0.00 |
| Total Amount Due | $ | 2,474.22 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
700 MONTE VISTA LANE
HALF MOON BAY, CA 94019