UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/11

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

ANURADHA D. SAAD, RICHARD P. ADELSON, DAVID J. CAMMARATA, PETER TORRES, ROBERT MCKIE, KARIN GARDNER, and KENNETH JUGAN,

Defendants.

05 CV 3308 (JSR)

**ORDER TO DISBURSE FUNDS TO PAY FEES OF TAX ADMINISTRATOR AND DISCHARGING TAX ADMINISTRATOR**

**WHEREAS** on March 29, 2005, this Court entered a Final Consent Judgment which, among other things, ordered defendant Robert McKie ("McKie") to disgorge $100,000, plus prejudgment interest of $11,369.75, and to pay a civil penalty in the amount of $150,000;

**WHEREAS**, in satisfaction of McKie's Final Consent Judgment, McKie paid a total of $262,458.90, which pursuant to Orders of this Court was deposited in an interest bearing account with the Court Registry Investment System ("CRIS"), account number 604700, under the case name designation "*SEC v. Saad*";

**WHEREAS** on July 31, 2006, this Court entered a Final Consent Judgment which, among other things, ordered defendant Anuradha D. Saad ("Saad") to disgorge $1,600,537, plus prejudgment interest of $304,510, and to pay a civil penalty in the amount of $150,000;

**WHEREAS**, in satisfaction of Saad's Final Consent Judgment, Saad paid a total of $2,130,487.30, which pursuant to Orders of this Court was deposited in an interest bearing

account with the CRIS, account number 604700, under the case name designation "*SEC v. Saad*";

**WHEREAS** a total of $2,392,946.20 (hereinafter referred to as the "Distribution Fund") has, as of the date of this Order, been deposited in the CRIS;

**WHEREAS** pursuant to this Court's Order of March 16, 2010, the entire contents of the Distribution Fund were transferred into a Fair Distribution Fund and distributed pursuant to the Amended Order of Restitution in the criminal action parallel to this action;

**WHEREAS**, on August 28, 2007, this Court entered an Order Appointing Tax Administrator which ordered, among other things, that Damasco & Associates, LLP ("Damasco"), a certified public accounting firm located in Half Moon Bay, California, be appointed as tax administrator to execute all income tax reporting requirements of the Distribution Fund, including the preparation and filing of tax returns, with respect to the funds contained in the CRIS;

**WHEREAS,** having prepared and filed the Distribution Fund's 2010 U.S. tax returns pursuant to the August 28, 2007 Order, having received a tax refund of $3,271.58 which sum is presently being held in Damasco's trust account, Damasco has submitted the Declaration of Jude P. Damasco in Support of Fee Request seeking $2,184.87 as his final invoice;

**NOW THEREFORE:**

**I.**

**IT IS ORDERED** that Damasco is hereby authorized to withdraw from his client trust account the sum of $2,184.87 in payment for tax services rendered;

II.

**IT IS FURTHER ORDERED** that Damasco shall remit the remainder from the Fund's 2010 U.S. tax return to the Securities and Exchange Commission's Office of Financial Management, Accounts Receivable, 100 F Street NE, Mail Stop 6042, Washington, DC 20549.

III.

**IT IS FURTHER ORDERED** that upon fulfillment of the Orders set forth in paragraphs I and II above, Damasco is discharged from his appointment as tax administrator of the Distribution Fund.

**SO ORDERED:**

Dated: 9/19/, 2011

UNITED STATES DISTRICT JUDGE

# DECLARATION OF JUDE P. DAMASCO IN SUPPORT OF FEE REQUEST

I, Jude P. Damasco, am over eighteen years of age and state the following facts which I know of my own personal knowledge.

1. I am the managing partner of Damasco & Associates LLP ("Damasco"), located at 700 Monte Vista Lane, Half Moon Bay, CA 94019. I am a certified public accountant.

2. Damasco was appointed as Tax Administrator for the SEC v Saad et al Distribution Fund ("Fund") in the Order Appointing Tax Administrator, Case No. 1:05-cv-03308-JSR, filed on August 27, 2007.

3. Pursuant to our engagement agreement with the SEC, attached is a true and correct copy of our final invoice number 25649 for tax compliance services related to this Fund.

4. The attached invoice also contains a prior balance from invoice no. 24805 dated June 16, 2010, which remains unpaid. A copy of invoice No. 24805 is attached as well.

5. Damasco has received a 2010 US tax refund in the amount of $3,271.58 on behalf of the Fund and is holding this refund in its Trust Account.

6. Damasco respectfully requests the Court's authorization to pay the final invoice number 25649 in the amount of $2,184.87 from the tax refund received.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2011 in Half Moon Bay, California.

Jude P. Damasco

**Damasco & Associates LLP**
*700 Monte Vista Lane*
*Half Moon Bay, CA 94019*
*650-726-4100*
*FEIN 20-3042202*

*James Hanson*
*SEC v Saad et al Distribution Fund*
*U.S. Securities & Exchange Commission*
*3 World Financial Center, Suite 400*
*New York, NY 10281-1022*

*CATS: NY-7207 Case Number: 1:05-cv-03308-JSR*

| | |
|---|---|
| *Invoice No.* | *25649* |
| *Date* | *Tuesday, August 23, 2011* |
| *Client No.* | *008069* |

---

| **SERVICE** | | **AMOUNT** |
|---|---|---|
| Professional services for the period June 17, 2010 through close of fund: | | |
| Federal Express and court document retrieval | $ | 21.47 |
| Distribution related tax services:<br>Submit EAR inquiry to IRS re misprocessed 2010 return;<br>Conferences re same; Reconcile response to file. | | 456.00 |
| Current Amount Due | | 477.47 |
| Past Due Balance | | 1,707.40 |
| Total Amount Due | $ | 2,184.87 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
700 MONTE VISTA LANE
HALF MOON BAY, CA 94019

# *Damasco & Associates LLP*

***700 Monte Vista Lane***
***Half Moon Bay, CA 94019***
***650-726-4100***
***FEIN 20-3042202***

*James Hanson*
*SEC v Saad et al Distribution Fund*
*U.S. Securities & Exchange Commission*
*3 World Financial Center, Suite 400*
*New York, NY 10281-1022*

*CATS: NY-7207 Case Number: 1:05-cv-03308-JSR*

*Invoice No.* *24805*
*Date* *Wednesday, June 16, 2010*
*Client No.* *008069*

---

| **SERVICE** | | **AMOUNT** |
|---|---|---|
| Professional services for the period January 20, 2010 through close of fund: | | |
| Preparation and Filing of 2010 US Qualified Settlement Fund Tax Return. | $ | 1,675.00 |
| Federal Express | | 32.40 |
| Current Amount Due | | 1,707.40 |
| Past Due Balance | | 0.00 |
| Total Amount Due | $ | 1,707.40 |

PLEASE REMIT PAYMENT VIA WIRE TRANSFER
OR CHECK ACCORDING TO THE INSTRUCTIONS BELOW:

WIRE FUNDS TO: UNION BANK
350 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CA 94104
ABA NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NUMBER: TO BE PROVIDED
BENEFICIARY ACCOUNT NAME: DAMASCO & ASSOCIATES LLP

OR

MAKE CHECK PAYABLE TO:

DAMASCO & ASSOCIATES LLP
700 MONTE VISTA LANE
HALF MOON BAY, CA 94019